**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| WILLIE SWANN | : | |
| v. | : | Civil Action No. RDB-07-172 |
| UNITED STATES OF AMERICA | : | |

ooOoo

**MEMORANDUM OPINION**

Pending is a Complaint for judicial review of an Department of Justice determination under the Freedom of Information Act (FOIA). *See* 5 U.S.C. §552, *et seq*. On February 28, 2007, the Court granted Willie Swann, an inmate at the United States Penitentiary-Lee, twenty days to supplement the Complain to show whether he has exhausted available administrative remedies. On March 15, 2007, Swann filed a response and exhibits indicating that his administrative appeal of the agency decision filed on December 11, 2006, remains pending. As such, Swann has yet to exhaust administrative agency procedures and the Court will dismiss the Complaint without prejudice.

Requests under the FOIA require compliance with published agency regulations. *See* 5 U.S.C. §552(a)(6)(C); *Oglesby v. U.S. Department of Justice*, 920 F. 2d 57, 65 (D.C. Cir. 1990); *see also Gasparutti v. United States,* 22 F. Supp. 2d 1114, 1116 (D.C. Cal. 1998) (" In order to maintain a judicial action under FOIA, a plaintiff must first request documents from an administrative agency and if his request for documents is refused must exhaust his administrative remedies before filing a court action."). Accordingly, the Court will dismiss the Complaint without prejudice for lack of jurisdiction.

April 17, 2007　　　　　　　　　　　　/s/
Date　　　　　　　　　　　　　　　RICHARD D. BENNETT
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE